Eric Freed (*Pro Hac Vice Pending*)
COZEN O'CONNOR
1650 Market Street, Suite 2800
Philadelphia, PA 19103
Telephone:      215.665.2000
Toll Free Phone: 800.523.2900
Facsimile:      215.665.2013
Email:          efreed@cozen.com

Alicia M. Gurries (SBN 210225)
COZEN O'CONNOR
101 Montgomery St, Suite 1400
San Francisco, CA 94104
Telephone:      415.644.0914
Facsimile:      415.644.0978
E-mail:         agurries@cozen.com

Attorney for Defendant
Federal Insurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERLATO WINE GROUP, LTD., | Case No.: 3:22-cv-1150 |
| Plaintiff, | **NOTICE OF REMOVAL** |
| vs. | |
| FEDERAL INSURANCE COMPANY, | |
| Defendant. | |

**PLEASE TAKE NOTICE** that Defendant Federal Insurance Company ("Federal" or "Defendant") hereby removes Civil Action No. 22CV000035 from the Superior Court of the State of California, County of Napa, to the United States District Court for the Northern District of California. The grounds for removal are as follows:

1. On January 11, 2022, the action styled *Terlato Wine Group, Ltd. v. Federal Insurance Company.,* Case No. 22CV000035 was filed in the Superior Court of the State of

1 California, County of Napa.  True and correct copies of the Summons, Complaint, and Civil Case
2 Cover Sheet, and other documents served with the Complaint, are attached as **Exhibit A**.

3     2.     On January 25, 2022, Plaintiff served Federal's agent for service of process in
4 California, CT Corporation System, with the Summons and Complaint (Complaint). Plaintiffs never
5 served Federal with the original complaint in this matter.  A true and correct copy of the Proof of
6 Service is attached as **Exhibit B.**

7     3.     This Court has original jurisdiction of this action because it is an action between
8 citizens of different states and the matter in controversy exceeds the sum or value of $75,000.00,
9 exclusive of interest and costs, under 28 U.S.C. §1332.  Thus, removal is proper under 28 U.S.C.
10 §§1441(a), (b) and 28 U.S.C §1446.

11     4.     This Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b), as it has
12 been filed within thirty (30) days of the service of the complaint, from which it could have first been
13 ascertained that the case is one which has become removable, and it is therefore timely made under
14 28 U.S.C. § 1446(b)(3).

15     5.     This action is properly removed to the United States District Court for the Northern
16 District of California because this matter was filed in the Superior Court of the State of California,
17 County of Napa, which lies within this District and Division.  *See*, 28 U.S.C. § 84(c)(2).

18     6.     In filing this Notice of Removal, Federal specifically reserves and does not waive
19 any and all defenses they may have to the Plaintiff's Complaint, which Federal will timely assert
20 under the applicable Federal Rules of Civil Procedure, including a Fed. Rule 12(b) motion to dismiss
21 and Fed. Rule 12(f) motion to strike.

22 **PARTIES**

23     7.     Plaintiff Terlato Wine Group, Ltd.. is an Illinois corporation whose principle place
24 of business is 2401 Waukegan Road, Bannockburn, Illinois and doing business in Napa County,
25 California.

26 / / / /
27 / / / /
28

COZEN O'CONNOR
101 MONTGOMERY ST., SUITE 1400
SAN FRANCISCO, CA 94104

8. Defendant Federal is now, and was at the time of the filing of the Complaint, an Indiana corporation, with its principal place of business in New Jersey. At all relevant times to this action, Federal was authorized to do business and was doing business in the State of California.

9. Therefore, there is complete diversity of citizenship between the Plaintiffs and defendant Federal.

**JURISDICTION**

10. The United States District Court has subject matter jurisdiction and removal jurisdiction over this action pursuant to 28 U.S.C. §§ 1332(a)(1) and 1441(b), since this is a civil action between citizens of different states, and the amount in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs.

11. The actual amount in controversy exceeds $75,000, exclusive of interest and costs. Plaintiff brings a claim for declaratory relief. (Complaint, ¶¶ 34-42). To support this claim, Plaintiff alleges that Federal breached its obligations under a Wineries Insurance Program Policy ("Policy") issued to Plaintiff by Federal, which has a total limit of liability in the amount of $16,751,000, and Plaintiff in this action seeks to obtain a declaration of coverage under the Policy. *Hartford Ins. Group v. Lou-Con Inc*. 293 F3d 908, 911 (5th Cir. 2002) (in a declaratory judgment action concerning the applicability of an insurance policy to a particular occurrence, the amount in controversy is to be measured by the value of the underlying claim). Plaintiff, in this action, seeks coverage from Federal for "Wine in Process" and/or "Damage to Trellis or Grape Vines" for damage relating to the Glass Fire which occurred on September 27, 2020. *Meridian Secur. Ins. Co. v. Sadowski* 441 F3d 536, 539 (7th Cir. 2006) (the insurer's potential indemnity obligation determines the "amount in controversy").

12. This Notice of Removal is timely pursuant to 28 U.S.C. § 1446(b), as it has been filed within thirty (30) days of Federal's receipt of the Summons and Complaint on January 25, 2025. A true and correct copy of the Proof of Service is attached as **Exhibit B.**

/ / / /

/ / / /

13. In accordance with 28 U.S.C. § 1446(a), a copy of all process, pleadings and orders served upon Federal are attached to this Notice as **Exhibit A and Exhibit B**. A copy of the docket of the state court action and all other process, pleadings and orders, are attached hereto as **Exhibit C**.

14. Pursuant to 28 U.S.C. § 1446(d), Defendant has given written notice of this Notice of Removal to Plaintiff and, after filing this Notice of Removal, shall promptly file a copy of this Notice of Removal with the Clerk of the Superior Court of the State of California, County of Napa.

15. For these reasons, Defendant hereby removes the action now pending in the Superior Court of the State of California, County of Napa.

Dated: February 24, 2022    COZEN O'CONNOR

By: */s/ Alicia M. Gurries*
Eric Freed (*Pro Hac Vice Pending*)
Alicia M. Gurries
Attorneys for Defendant
Federal Insurance Company