# EXHIBIT B



# Service of Process Transmittal
01/25/2022
CT Log Number 540939782

| | |
|---|---|
| **TO:** | Paul Bech<br>Chubb<br>436 Walnut St<br>Philadelphia, PA 19106-3703 |
| **RE:** | **Process Served in California** |
| **FOR:** | Federal Insurance Company  (Domestic State: IN) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | TERLATO WINE GROUP, LTD vs. FEDERAL INSURANCE COMPANY |
| **DOCUMENT(S) SERVED:** | SUMMONS, COMPLAINT, COVER SHEET, ATTACHMENT(S) |
| **COURT/AGENCY:** | NAPA COUNTY - SUPERIOR COURT, CA<br>Case # 22CV000035 |
| **NATURE OF ACTION:** | Insurance Litigation |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, GLENDALE, CA |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 01/25/2022 at 01:08 |
| **JURISDICTION SERVED :** | California |
| **APPEARANCE OR ANSWER DUE:** | Within 30 Calendar Days After This Summons And Legal Papers Are Served On You |
| **ATTORNEY(S) / SENDER(S):** | Joel Gumbiner<br>WILLIAMS & GUMBINER LLP<br>1010 B Street, Suite 200<br>San Rafael, CA 94901<br>(415) 755-1880 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 01/26/2022, Expected Purge Date: 01/31/2022<br><br>Image SOP<br><br>Email Notification,  Incoming Legal  incominglegal@chubb.com |
| **REGISTERED AGENT ADDRESS:** | C T Corporation System<br>330 N BRAND BLVD<br>STE 700<br>GLENDALE, CA 91203<br>800-448-5350<br>MajorAccountTeam1@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.