# EXHIBIT C

## Case Information

22CV000035 | Terlato Wine Group, Ltd. vs Federal Insurance Company

Case Number
22CV000035

Court
Superior Court of Napa - Civil

File Date
01/11/2022

Case Type
Insurance Coverage Unlimited (18)

Case Status
Active

## Party

Plaintiff
Terlato Wine Group, Ltd.

Active Attorneys ▼
Lead Attorney
Gumbiner, Joel Philip
Retained

Work Phone
415-755-1880

Attorney
Rice, Matthew Huntley
Retained

Work Phone
3126413200

Defendant
Federal Insurance Company

## Events and Hearings

01/11/2022 Complaint (Unlimited) ▼

Comment
Complaint for Declaratory Relief

01/11/2022 Summons: Issued and Filed ▼

Comment
Summons

01/11/2022 Civil Case Cover Sheet

01/12/2022 Notice of Hearing Court

06/21/2022 Conference: Case Management ▼

Judicial Officer
Young, Scott R.L.

Hearing Time
8:30 AM